UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:26-cv-1538 WBS CSK<br>No. 2:26-cv-1961 WBS CSK<br>No. 2:26-cv-1981 WBS CSK<br>No. 2:26-cv-2042 WBS CSK<br>No. 2:26-cv-2153 WBS CSK<br>No. 2:26-cv-2282 WBS CSK<br>No. 2:26-cv-2341 WBS CSK<br>No. 2:26-cv-2826 WBS CSK<br>No. 2:26-cv-2991 WBS CSK<br>No. 2:26-cv-3099 WBS CSK<br><br><u>ORDER</u> |

----oo0oo----

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.

On November 29, 2018, the court declared plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2:18-cv-2544 TLN KJN, Docket No. 13.) On June 14, 2023, the court modified its vexatious litigant order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the court for review. (Bonilla v. Fresno County, Case No. 2:18-cv-2544 TLN KJN, Docket No. 26.) If the court determines the new filing is related to plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

The court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to plaintiff's Alameda County criminal conviction.

IT IS THEREFORE ORDERED that 2:26-cv-1538 WBS CSK, 2:26-cv-1961 WBS CSK, 2:26-cv-1981 WBS CSK, 2:26-cv-2042 WBS CSK, 2:26-cv-2153 WBS CSK, 2:26-cv-2282 WBS CSK, 2:26-cv-2341 WBS CSK, 2:26-cv-2826 WBS CSK, 2:26-cv-2991 WBS CSK, and 2:26-cv-3099 WBS CSK be, and the same hereby are, DISMISSED.

Accordingly, the Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Dated: November 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE